Case 4:20-cv-00029   Document 12   Filed on 06/29/20 in TXSD   Page 1 of 1

United States District Court
Southern District of Texas
**ENTERED**
June 29, 2020
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS

| | |
|---|---|
| ALLSEAS MARINE CONTRACTORS S.A. and CALAMITY JANE TRANSPORT CHARTERING N.V.<br><br>Plaintiffs<br><br>v.<br><br>J. RAY MCDERMOTT, S.A.<br><br>Defendant | Civil Action No. 4:20-cv-0029<br><br>U.S. District Judge Keith P. Ellison |

## ORDER OF DISMISSAL WITHOUT PREJUDICE

The Notice of Dismissal Without Prejudice submitted by Plaintiffs, Allseas Marine Contractors S.A. and Calamity Jane Transport Chartering N.V., is GRANTED. It is therefore ORDERED that Plaintiffs' claims against Defendant, J. Ray McDermott, S.A. are DISMISSED without prejudice, pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure.

IT IS SO ORDERED.

Houston, Texas, this 29th day of June, 2020.

Keith P. Ellison
United States District Judge

72675v.1